FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -8 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              No. 05-20312-B/P

LAWRENCE M. SIMMONS,

    Defendant.

---

## ORDER OF TRANSFER

---

On September 8, 2005, Judge Bernice B. Donald entered an order transferring United States of America v. Michael Hooks, Sr., No. 05-20329, to the undersigned.  In order to maintain parity among the judges, the above matter is hereby transferred to District Judge Donald.  The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from** 05-20312-B/P **to** 05-20312-D/P.

**IT IS SO ORDERED** this 8 day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **9 - 9 - 05**

③

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in
 case 2:05-CR-20312 was distributed by fax, mail, or direct printing on
September 9, 2005 to the parties listed.

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT