IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED _____ D.C.

05 SEP 12 PM 4:44

UNITED STATES OF AMERICA

vs.

Lawrence M. Simmons
_____
Defendant

CR. NO. 05-20312-B

=================================================================
ORDER ON ARRAIGNMENT
=================================================================

This cause came on to be heard on September 12, 2005
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

Name   William Travis
       (retained)(appointed)

Address _____

Telephone _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a district judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                    Diane K. Vescovo
                              United States Magistrate Judge

Charge(s):  Tax evasion

Assistant U. S. Attorney: _____
Defendant's Age: _____
Rule 32 (was) (was not) waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-14-05

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20312 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William F. Travis
TRAVIS LAW OFFICES, PLLC
8619 Hwy. 51 North
Southaven, MS 38671

Honorable Bernice Donald
US DISTRICT COURT