FILED BY _CL_ D.C.

05 SEP 22 AM 10: 11

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

V.                                                          CASE NO. 2:05cr20312-B *D*

LAWRENCE M. SIMMONS

### MOTION FOR CONTINUANCE OF REPORT DATE

Comes now counsel for and on behalf of defendant, and respectfully moves the Court for a further continuance of the report date set for September 22, 2005, to be held in Memphis, Tennessee, and in support thereof would state as follows, to-wit:

1. Counsel has a scheduling conflict in that he has previously been scheduled to be in Federal Court in Oxford Mississippi on September 22, 2005, in Case No. CR 2002-561 CD.

2. Further that this motion is made in good faith and not filed for the purpose of delay.

So moved this the 21st day of September, 2005.

*/s/ William F. Travis*

WILLIAM F. TRAVIS   MSB #8267
Attorney for Defendant
8619 Highway 51 North
Southaven, MS 38632
(662) 393-9295

**MOTION GRANTED.** *Time is excluded.*
DATE: 9-21-2005

*/s/ Bernice Bouie Donald*
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/27/05

(11)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20312 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

William F. Travis
TRAVIS LAW OFFICES, PLLC
8619 Hwy. 51 North
Southaven, MS 38671

William F. Travis
TRAVIS LAW OFFICES, PLLC
8619 Hwy. 51 North
Southaven, MS 38671

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT